UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH RAUCH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:18-cv-408

HON. JANET T. NEFF

# **ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 20, 2019, recommending that this Court reverse and remand the Commissioner's decision. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405g. On remand, the Commissioner should (1) re-evaluate the opinion of LLP Reilly, and (2) re-evaluate Plaintiff's symptoms and determine the extent to which Plaintiff's alleged functional limitations can reasonably be accepted as consistent with the evidence.

A Judgment will be entered consistent with this Order.

Dated: July 9, 2019                                                  /s/ Janet T. Neff
                                                                                              JANET T. NEFF
                                                                                              United States District Judge